**No. 45221.**—Protests 960954–G, etc., of American Express Co. et al. (Boston).

Opinion by KEEFE, J. On the agreed statement of facts and following Abstract 41115 the court held that the actual weight of the various hides at the time of importation should be used as a basis for determining the value on which duty should be assessed and sustained the protests.

BEFORE THE FIRST DIVISION, JANUARY 16, 1941

**No. 45222.**—Protest 839621–G of Strauss Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of brushes the same as those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.